IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TERESA WASHINGTON** and **ANTHONY BELLOW,** | § § § | |
| *Plaintiffs* | § § | Civil Action No. 4:11-cv-04429 |
| *v.* | § § | |
| **MGC MORTGAGE, INC.,** | § § | |
| *Defendant.* | § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Defendant MGC MORTGAGE, INC. ("MGC"), and pursuant to the Court's Order for Conference and Disclosure of Interested Parties and Fed. R. Civ. P. 7.1, files this Disclosure of Interested Parties known to MGC:

1. Plaintiff (individual): Teresa Washington

2. Plaintiff (individual): Anthony Bellow

3. Counsel for Plaintiffs: Ray L. Shackelford, SHACKELFORD & ASSOCIATES, L.L.C., 1406 Southmore Blvd., Houston, Texas 77004

4. Defendant: MGC Mortgage, Inc. is a Texas Corporation wholly owned by Property Acceptance Corp., a Texas Corporation. Property Acceptance Corp. is not publicly traded and is wholly owned by Beal Bank, a privately owned Texas state savings bank.

5. Counsel for Defendant: Thomas G. Overbeck, GREGG & VALBY, PC, 1700 W. Loop. S., Suite 200, Houston, Texas 77027

Respectfully submitted

s/ *Thomas G. Overbeck*
Thomas G. Overbeck
State Bar No. 15353450

Attorney in Charge for Defendant,
MGC MORTGAGE, INC.

OF COUNSEL:
GREGG & VALBY, PC
1700 West Loop South, Suite 200
Houston, Texas 77027
(713) 960-1377
(713) 960-1809 (fax)
toverbeck@gregg-valby.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on counsel of record for the Plaintiffs on the 4th day of January, 2012 in accordance with the Administrative Procedures for Electronic Case Filing in the Southern District of Texas by the Notice of Electronic Filing from the Court's Electronic Filing System and/or by deposit into the care and custody of the United States Postal Service in an envelope addressed to:

Ray L. Shackelford
SHACKELFORD & ASSOCIATES, L.L.C.
1406 Southmore Blvd.
Houston, Texas 77004

s/ *Thomas G. Overbeck*
Thomas G. Overbeck